UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMILABEN D. PATEL,<br>    Petitioner | : | NO: 3:25-CV-02181 |
| | : | |
| | : | (SAPORITO, D.J.) |
| v. | : | |
| | : | (CAMONI, M.J.) |
| ANGELA HOOVER | : | |
|     Respondent | : | Filed Electronically |

## ORDER

AND NOW, upon consideration of the Motion for Enlargement of Time, it is hereby ORDERED that the motion is GRANTED.

Respondent may file its objections to the Report and Recommendation by February 4, 2026.

BY THE COURT:

Dated: Jan. 29, 2026

_____
JOSEPH F. SAPORITO, JR.
United States District Judge